UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIBLE BELIEVERS, et al.,

    Plaintiffs,                                            Case No. 12-cv-14236

v.                                                   HONORABLE STEPHEN J. MURPHY, III

WAYNE COUNTY, et al.,

    Defendants.
_____/

## ORDER OF ADMINISTRATIVE CLOSURE

The Court ordered the parties to attend mediation with Judge Mester. Order, ECF No. 69. On June 24, 2016, Judge Mester notified the Court informally that the parties had settled the case. The Court will therefore **ADMINISTRATIVELY CLOSE** the case while the parties complete the settlement agreement. The closure is for administrative purposes only and is not an adjudication on the merits. Either party may file a motion to reopen the case at any time. Once the settlement agreement is complete, the parties should file a stipulated order of dismissal with prejudice.

**SO ORDERED**.

                                                      s/Stephen J. Murphy, III
                                                      STEPHEN J. MURPHY, III
                                                      United States District Judge

Dated: June 27, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2016, by electronic and/or ordinary mail.

                                                      s/Carol Cohron
                                                      Case Manager