# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BIBLE BELIEVERS, et al.,

    Plaintiffs,

-v-

WAYNE COUNTY, et al.,

    Defendants.

Case No. 2:12-cv-14236

Hon. Stephen J. Murphy, III

Mag. Judge David R. Grand

## STIPULATED FINAL JUDGMENT

The parties having so stipulated, and the Court being otherwise fully advised, **IT IS HEREBY ORDERED** that a Final Judgment is entered against Defendants Dennis Richardson and Mike Jafaar consistent with the October 28, 2015 Order of the United States Court of Appeals for the Sixth Circuit in this case, and **IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendants Wayne County and Sheriff Benny N. Napoleon, in his official capacity as Sheriff, Wayne County Sheriff's Office, are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

        S/Stephen J. Murphy, III
        Stephen J. Murphy, III
        United States District Judge

Dated: September 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2016, by electronic and/or ordinary mail.

                             S/Carol Cohron
                             Case Manager

*We hereby stipulate to the entry of the above Order*:

| | |
|---|---|
| By: /s/ *Zenna Elhasan* | /s/ *Robert J. Muise* |
| Zenna Elhasan (P67961) | Robert J. Muise, Esq. (P62849) |
| Wayne County Corporation Counsel | P.O. Box 131098 |
| James M. Surowiec (P49560) | Ann Arbor, Michigan 48113 |
| Davidde A. Stella (P69948) | rmuise@americanfreedomlawcenter.org |
| Assistant Corporation Counsel | (734) 635-3756 |
| 500 Griswold St., 30th Floor | |
| Detroit MI 48226 | /s/ *David Yerushalmi* |
| (313) 224-5030 | David Yerushalmi, Esq. |
| | 1901 Pennsylvania Avenue NW |
| Attorneys for Defendants | Suite 201 |
| | Washington, D.C. 20006 |
| | david.yerushalmi@verizon.net |
| | (646) 262-0500 |
| | |
| | Attorneys for Plaintiffs |
| | |
| | Dated: September 28, 2016 |